# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00402-CV

**Damien Artist, Appellant**

**v.**

**Victoria Garger, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 24CCV00675, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 28, 2024. By letter dated October 22, 2024, this Court sent a notice to appellant stating that appellant's brief was overdue and that a failure to file a brief or a satisfactory motion to extend time to file the brief by November 1, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: November 8, 2024